# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| BRENDA L. HALL, | 10-23211 JTM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**     **CHECK AMOUNT**

Rocky Mountain Power     $0.73
PO Box 25308
Salt Lake City, UT 84125

The address listed above constitutes the last known address in question. The check in the amount of $0.73 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this ___ day of November, 2011.

_____
Duane H. Gillman, Trustee

SLC_975942.1